STATE OF NEW JERSEY v. MICHAEL STIUSO, JR.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HERMAN WILLIAMS.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MARIO WILLIAMS.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM HENDERSON.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL O. PAGE.

October 20, 1987.

Petition for certification denied.